# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:   OMAR BARRON

     APRIL S BARRON                         CHAPTER 13

            Debtor(s)

                                      CASE NO: 1-15-00821-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
          Movant                      MOTION TO DISMISS

vs.

OMAR BARRON

APRIL S BARRON

            Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Charles J. DeHart, III, Esquire, Standing Chapter 13 Trustee, through his attorney JAMES K. JONES, Esquire and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on March 2, 2015.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 08/11/2015 11/03/2015 06/14/2017 09/25/2017 02/13/2018.

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 2 months in default with arrearages of $23,979.00 through July 9, 2018.

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of conference, hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: July 9, 2018                          Respectfully submitted,

/s/ JAMES K. JONES, Esquire
ID: 39031
Attorney for Movant
Charles J. DeHart, III
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: JJONES@PAMD13TRUSTEE.COM

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | OMAR BARRON | |
| | APRIL S BARRON | CHAPTER 13 |
| | Debtor(s) | |
| | | CASE NO: 1-15-00821-RNO |
| | CHARLES J. DEHART, III | |
| | CHAPTER 13 TRUSTEE | |
| | Movant | MOTION TO DISMISS |
| vs. | | |
| | OMAR BARRON | |
| | APRIL S BARRON | |
| | Respondent(s) | |

## NOTICE

NOTICE IS HEREBY GIVEN THAT Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a CONFERENCE before the Trustee and a HEARING with the Court have been scheduled on this motion. Any matters not resolved at the Trustee's Conference shall be heard at the dismissal hearing to be held as stated below:

**CONFERENCE before Trustee:**
August 15, 2018 at 9:00 am
Bankruptcy Courtroom
Ronald Reagan Federal Bldg
3rd Floor, 228 Walnut Street
Harrisburg, PA 17101

**HEARING:**
August 15, 2018 at 10:00 AM
RONALD REAGAN FEDERAL BLDG
BANKRUPTCY COURTROOM
3RD FLOOR, 228 WALNUT STREET
HARRISBURG, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the conference or dismissal hearing unless one of the following takes place.

1.   You have entered into a valid stipulation with Trustee DeHart and that stipulation has been filed with the U.S. Bankruptcy Court.

2.   You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee DeHart.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT IMMEDIATELY AFTER YOUR CONFERENCE WITH THE TRUSTEE AND MAY RESULT IN DISMISSAL OF YOUR CASE.**

**PAYMENT IN FULL WILL NOT EXCUSE YOU FROM THE HEARING.**

Dated:   July 9, 2018                             Charles J. DeHart, III, Trustee

8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: OMAR BARRON

APRIL S BARRON      CHAPTER 13

Debtor(s)

CHARLES J. DEHART, III      CASE NO: 1-15-00821-RNO
CHAPTER 13 TRUSTEE
Movant      MOTION TO DISMISS

vs.

OMAR BARRON
  APRIL S BARRON

Respondent(s)

### CERTIFICATE OF SERVICE

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Motion, Notice and Proposed Order by First Class Mail, unless served electronically, at the below address on July 9, 2018.

ROBERT E. CHERNICOFF, ESQUIRE
2320 NORTH SECOND STREET
P.O. BOX 60457
HARRISBURG, PA 17106-

OMAR BARRON
APRIL S BARRON
118 LIGHTHOUSE DRIVE
MECHANICSBURG, PA 17050

Dated: July 9, 2018      Respectfully submitted,

s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: dehartstaff@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: OMAR BARRON

APRIL S BARRON     CHAPTER 13

    Debtor(s)

CASE NO: 1-15-00821-RNO

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant     MOTION TO DISMISS

vs.

OMAR BARRON
  APRIL S BARRON

    Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed.