```
                       United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 15-00821-HWV
Omar Barron                                                     Chapter 7
April S. Barron
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Aug 22, 2019
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db/jdb        +Omar Barron,   April S. Barron,   118 Lighthouse Drive,   Mechanicsburg, PA 17050-2442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    DITECH FINANCIAL LLC afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Johanna Hill Rehkamp    on behalf of Debtor 2 April S. Barron jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Omar  Barron jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Robert E Chernicoff    on behalf of Debtor 2 April S. Barron rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Omar  Barron rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas  Song    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: CASE NO. 1:15-bk-00821-HWV
OMAR BARRON :
APRIL S. BARRON :
      Debtors : CHAPTER 13
:

## ORDER

Upon consideration of the Motion to Convert Case to Chapter 7 filed by Omar and April Barron with respect to their Chapter 13 case, it is

**HEREBY ORDERED** that the Chapter 13 case of Omar and April Barron, Case No. 1:15-bk-00821-HWV, is converted to a case under Chapter 7.

Dated: August 22, 2019      By the Court,

*Henry W. Van Eck*
Henry W. Van Eck, Bankruptcy Judge (LS)