In re:  
Omar Barron  
April S. Barron  
      Debtors

Case No. 15-00821-HWV  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1     User: LyndseyPr     Page 1 of 2     Date Rcvd: Sep 03, 2019  
                         Form ID: 309A     Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2019.

```
db/jdb       +Omar Barron,    April S. Barron,    118 Lighthouse Drive,    Mechanicsburg, PA 17050-2442
aty          +Ashlee Crane Fogle,    RAS Crane LLC,    10700 Abbott's Bridge Rd,    Suite 170,
               Duluth, GA 30097-8461
aty          +Johanna Hill Rehkamp,    Cunningham, Chernicoff & Warshawsky, PC,    P.O. Box 60457,
               2320 N. Second Street,    Harrisburg, PA 17110-1008
aty          +Joshua I Goldman,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty          +Thomas I Puleo,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
               Philadelphia, PA 19106-1541
aty          +Thomas Song,    Phelan Hallinan Diamond & Jones,    1617 JFK Boulevard,    Suite 1400,
               Philadelphia, PA 19103-1814
tr           +Leon P. Haller (Trustee),    Purcell, Krug and Haller,    1719 North Front Street,
               Harrisburg, PA 17102-2392
cr           +DITECH FINANCIAL LLC,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
4627438     ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
             (address filed with court:  Navient Solutions, Inc. On Behalf of USAFUNDS,
               Attn: Bankruptcy Litigation E3149,    PO BOX 9430,    Wilkes-Barre, PA 18773-9430)
4612533      +CREDIT BUREAU OF YORK,    33 S DUKE ST,    YORK, PA 17401-1485
4612537      +JENNIFER LYNN FRECHIE, ESQ,    701 MARKET STREET,    PHILADELPHIA, PA 19106-1538
4624118       M&T Bank,    PO BOX 1508,    Buffalo, NY 14240-1508
4612541      +SECRETARY OF THE TREASURY,    15TH AND PENN AVENUES NW,    WASHINGTON, DC 20220-0001
4612542      +STEVEN GOULD, ESQUIRE,    OFFICE OF ATTORNEY GENERAL,    FINANCIAL ENFORCEMENT SECTION,
               HARRISBURG, PA 17120-0001
4612543      +UNITED STATES ATTORNEY,    HARRISBURG FEDERAL BUILDING,    228 WALNUT STREET, SUITE 220,
               HARRISBURG, PA 17101-1738
4612544       US DEPT OF JUSTICE,    950 PENNSYLVANIA AVE NW,    WASHINGTON, DC 20530-0001
4612545       USA FUNDS,    P.P. BOX 6180,    INDIANAPOLIS, IN 46206
5064600       United Student Aid Funds, Inc (USAF),    PO Box 8961,    Madison WI 53708-8961
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
aty           E-mail/Text: rec@cclawpc.com Sep 03 2019 19:48:32      Robert E Chernicoff,
               Cunningham and Chernicoff PC,    2320 North Second Street,    Harrisburg, PA  17110
ust          +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 03 2019 19:49:58      United States Trustee,
               228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4623866       EDI: RESURGENT.COM Sep 03 2019 23:13:00      CACH, LLC,    PO Box 10587,
               Greenville SC 29603-0587
4612532      +EDI: CITICORP.COM Sep 03 2019 23:13:00      CITICARDS/CITIBANK,    P.O. BOX6500,
               SIOUX FALLS, SD 57117-6500
4612534       EDI: DISCOVER.COM Sep 03 2019 23:13:00      DISCOVER FINANCIAL SERVICES,    PO BOX 15316,
               WILMINGTON, DE 19850-5316
4614257       EDI: DISCOVER.COM Sep 03 2019 23:13:00      Discover Bank,    Discover Products Inc,
               PO Box 3025,    New Albany, OH 43054-3025
4612535       EDI: RMSC.COM Sep 03 2019 23:13:00      GREEN TREE SERVICING LLC,    332 MINNESOTA ST, STE 610,
               SAINT PAUL, MN 55101
4642854       E-mail/Text: bankruptcy.bnc@ditech.com Sep 03 2019 19:49:32      Green Tree Servicing LLC,
               PO BOX 6154,    Rapid City, SD 57709-6154,    Telephone # 888-298-7785
4642855      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 03 2019 19:49:32      Green Tree Servicing LLC,
               PO BOX 0049,    Palatine, IL 60055-0049,    Telephone 60055-0049
4612536       EDI: IRS.COM Sep 03 2019 23:13:00      INTERNAL REVENUE SERVICE,    PO BOX 7346,
               PHILADELPHIA, PA 19101-7346
4612538       E-mail/Text: camanagement@mtb.com Sep 03 2019 19:49:34      M&T BANK,    499 MITCHELL ST,
               MS. DOROTHY DAVIS 501-34,    MILLSBORO, DE 199669408
4612539       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 03 2019 19:49:52      PA DEPARTMENT OF REVENUE,
               DEPARTMENT 280946,    ATTN BANKRUPTCY DIVISION,    HARRISBURG, PA 17128-0946
4668259       EDI: PRA.COM Sep 03 2019 23:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
               Norfolk VA 23541
4612540       EDI: NAVIENTFKASMSERV.COM Sep 03 2019 23:13:00      SALLIE MAE,    11100 USA PKWY,
               FISHERS , IN 46037-9203
4642271       EDI: ECAST.COM Sep 03 2019 23:13:00      eCAST Settlement Corporation assignee of Citibank,  NA,
               POB 29262,    New York NY 10087-9262
                                                                                              TOTAL: 15
```

                 ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
cr*           CACH, LLC,    PO Box 10587,    Greenville, SC 29603-0587
4627806*    ++ASCENDIUM EDUCATION SOLUTIONS INC,    PO BOX 8961,    MADISON WI 53708-8961
             (address filed with court:  Navient Solutions, Inc. on behalf of USA Funds,
               Attn: Bankruptcy Litigation Unit E3149,    PO Box 9430,    Wilkes, Barre, PA 18773-9430)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2019 at the address(es) listed below:

      Ashlee Crane Fogle    on behalf of Creditor    DITECH FINANCIAL LLC afogle@rascrane.com
      Johanna Hill Rehkamp    on behalf of Debtor 1 Omar  Barron jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com
      Johanna Hill Rehkamp    on behalf of Debtor 2 April S. Barron jhr@cclawpc.com, jlaughman@cclawpc.com;jbartley@cclawpc.com
      Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
      Leon P. Haller (Trustee)    lhaller@pkh.com, lrynard@pkh.com;lhaller@ecf.axosfs.com
      Robert E Chernicoff    on behalf of Debtor 1 Omar  Barron rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Robert E Chernicoff    on behalf of Debtor 2 April S. Barron rec@cclawpc.com, jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
      Thomas  Song    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC pamb@fedphe.com
      Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
      United States Trustee    ustpregion03.ha.ecf@usdoj.gov

                                                                                                                                                      TOTAL: 10

|  | **Information to identify the case:** | | | Social Security number or ITIN | xxx–xx–4681 |
|---|---|---|---|---|---|
| Debtor 1 | **Omar Barron** | | | | |
|  | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **April S. Barron** | | | Social Security number or ITIN | xxx–xx–7727 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | | | Date case filed in chapter **13** | **3/2/15** |
| Case number: | **1:15–bk–00821–HWV** | | | Date case converted to chapter **7** | **8/22/19** |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

|  |  | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Omar Barron | April S. Barron |
| 2. | **All other names used in the last 8 years** |  |  |
| 3. | **Address** | 118 Lighthouse Drive<br>Mechanicsburg, PA 17050 | 118 Lighthouse Drive<br>Mechanicsburg, PA 17050 |
| 4. | **Debtor's attorney**<br>Name and address | Robert E Chernicoff<br>Cunningham and Chernicoff PC<br>2320 North Second Street<br>Harrisburg, PA 17110 | Contact phone 717 238–6570<br><br>Email: rec@cclawpc.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Leon P. Haller (Trustee)<br>Purcell, Krug and Haller<br>1719 North Front Street<br>Harrisburg, PA 17102 | Contact phone 717 234–4178<br><br>Email: lhaller@pkh.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **1**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101–1737 | Hours open: <br> Monday – Friday 9:00 AM to 4:00 PM <br><br> Contact phone (717) 901–2800 <br><br> Date: 9/3/19 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 7, 2019 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> *** Valid photo identification and proof of social security number are required *** | Location: <br><br> **Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/6/19** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 1:15-bk-00821-HWV    Doc 110    Filed 09/05/19    Entered 09/06/19 00:54:46    Desc
Imaged Certificate of Notice    Page 4 of 4