Certificate Number: 14912-PAM-DE-025496483

Bankruptcy Case Number: 15-00821


14912-PAM-DE-025496483

# C**ERTIFICATE** O**F** D**EBTOR** E**DUCATION**

I CERTIFY that on May 6, 2015, at 11:46 o'clock AM EDT, April Barron completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 6, 2015      By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor