In re:                                                              Case No. 15-00821-HWV
Omar Barron                                                         Chapter 7
April S. Barron
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: LyndseyPr          Page 1 of 1          Date Rcvd: Nov 25, 2019
                              Form ID: ntfnmg          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 27, 2019.
db/jdb          +Omar Barron,    April S. Barron,    118 Lighthouse Drive,    Mechanicsburg, PA 17050-2442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 27, 2019                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 25, 2019 at the address(es) listed below:
          Ashlee Crane Fogle    on behalf of Creditor    DITECH FINANCIAL LLC afogle@rascrane.com
          Johanna Hill Rehkamp    on behalf of Debtor 2 April S. Barron jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Johanna Hill Rehkamp    on behalf of Debtor 1 Omar  Barron jhr@cclawpc.com,
           jlaughman@cclawpc.com;jbartley@cclawpc.com
          Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Leon P. Haller (Trustee)    lhaller@pkh.com,  lrynard@pkh.com;lhaller@ecf.axosfs.com
          Robert E Chernicoff    on behalf of Debtor 2 April S. Barron rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Robert E Chernicoff    on behalf of Debtor 1 Omar  Barron rec@cclawpc.com,
           jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
          Thomas Song    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           pamb@fedphe.com
          Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
           tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Omar Barron,

**Debtor 1**

April S. Barron,

**Debtor 2**

Chapter     7

Case No.     1:15−bk−00821−HWV

## Notice

**Notice of Requirement to File Certification About a Financial Management Course:**

No discharge can be entered until you file a Certification About a Financial Management Course (Official Form 423). See Fed. R. Bankr. P. 1007. If the Certification is not filed on or before **December 6, 2019**, this case may be closed without a discharge. A Motion to Reopen a closed case to permit the filing of the Certification will require payment of the reopening fee.

Official Form 423 can be accessed at http://www.uscourts.gov/forms/bankruptcy−forms.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 25, 2019 |

ntfnmg(04/18)