```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 15-00821-HWV
Omar Barron                                                 Chapter 7
April S. Barron
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1        User: AutoDocke        Page 1 of 1        Date Rcvd: Feb 13, 2020
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 15, 2020.
db/jdb         +Omar Barron,    April S. Barron,    118 Lighthouse Drive,    Mechanicsburg, PA 17050-2442

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    DITECH FINANCIAL LLC afogle@rascrane.com
              Johanna Hill Rehkamp    on behalf of Debtor 2 April S. Barron jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Johanna Hill Rehkamp    on behalf of Debtor 1 Omar  Barron jhr@cclawpc.com,
               jlaughman@cclawpc.com;jbartley@cclawpc.com
              Joshua I Goldman    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Leon P. Haller (Trustee)    lhaller@pkh.com,   lrynard@pkh.com;lhaller@ecf.axosfs.com
              Robert E Chernicoff    on behalf of Debtor 2 April S. Barron rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Robert E Chernicoff    on behalf of Debtor 1 Omar  Barron rec@cclawpc.com,
               jbartley@cclawpc.com;jlaughman@cclawpc.com;jhr@cclawpc.com
              Thomas  Song    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               pamb@fedphe.com
              Thomas I Puleo    on behalf of Creditor    Ditech Financial LLC FKA Green Tree Servicing LLC
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Omar Barron,<br>**Debtor 1** | Chapter 7 |
| April S. Barron,<br>**Debtor 2** | Case No. 1:15−bk−00821−HWV |

Social Security No.:
    xxx−xx−4681    xxx−xx−7727

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

**Leon P. Haller (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 13, 2020

By the Court,

*[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)